ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**JAN - 6 2009**
**CLERK, U.S. DISTRICT COURT**
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 5-09CR0004-C |
| v. | § | |
| | § | |
| JOSE ROBLEDO NAVA (1) | § | |
|    a/k/a Chino | § | |
| LUIS NAVA (2) | § | |
|    a/k/a Flaco | § | |
| REYNALDO NAVA, JR. (3) | § | |
|    a/k/a Rat | § | |
| ROBERT ALLEN RAMIREZ (4) | § | |
|    a/k/a Necio | § | |
| MARIE CHAVEZ (5) | § | |
|    a/k/a Shorty | § | |
| CAROL ANN RIVAS (6) | § | |
| CECILY DOMINIQUE JUAREZ (7) | § | |

## INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Conspiracy to Distribute and Possess with Intent
to Distribute 5 Kilograms or More of Cocaine
(Violation of 21 U.S.C. § 846)

From in or around 2005 and continuing until on or about December 13, 2008, in the Lubbock, Abilene, San Angelo, Fort Worth, and Dallas Divisions of the Northern District of Texas, and elsewhere, **Jose Robledo Nava, a/k/a Chino, Luis Nava, a/k/a Flaco, Reynaldo Nava, Jr., a/k/a Rat, Robert Allen Ramirez, a/k/a Necio, Marie**

ALKQN Indictment - Page 1

**Chavez, a/k/a Shorty, Carol Ann Rivas,** and **Cecily Dominique Juarez,** defendants, did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury to commit an offense against the United States; that is, to knowingly and intentionally distribute and possess with intent to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

## MANNER AND MEANS & OVERT ACTS

In furtherance of this conspiracy and to effect the objects thereof, one or more of the defendants and conspirators, as members and associates of the Almighty Latin King and Queen Nation criminal organization, would and did:

1. Organize, manage, and otherwise arrange for the acquisition of cocaine;

2. Transport and cause others to transport cocaine to and through the Northern District of Texas and other locations;

3. Divide, package, and distribute cocaine at various locations within the Northern District of Texas; and

4. Store cocaine and United States currency at various locations within the Northern District of Texas.

All in violation of Title 21, United States Code, Section 846.

**ALKQN Indictment - Page 2**

A TRUE BILL:

_____
FOREPERSON

JAMES T. JACKS
ACTING UNITED STATES ATTORNEY

_____
CODY L. SKIPPER
Assistant United States Attorney
Texas State Bar No. 24041928
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806.472.7351
Facsimile:   806.472.7394
E-mail:         cody.skipper@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 6 2009
CLERK, U.S. DISTRICT COURT
By _____
Deputy

THE UNITED STATES OF AMERICA

v.

JOSE ROBLEDO NAVA (1)
a/k/a Chino
LUIS NAVA (2)
a/k/a Flaco
REYNALDO NAVA, JR. (3)
a/k/a Rat
ROBERT ALLEN RAMIREZ (4)
a/k/a Necio
MARIE CHAVEZ (5)
a/k/a Shorty
CAROL ANN RIVAS (6)
CECILY DOMINIQUE JUAREZ (7)

INDICTMENT

COUNT 1:    CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT
TO DISTRIBUTE 5 KILOGRAMS OR MORE OF COCAINE
Title 21, United States Code, Sections 846, 841(a)(1) and
841(b)(1)(A)(ii)(II).

(1 COUNT)

A true bill rendered:
Dallas _____  _____
                                                  Foreperson
Filed in open court this __6__ day of _____,
A.D. 2009.
_____  Clerk
DEFENDANTS IN FEDERAL CUSTODY

_____
UNITED STATES MAGISTRATE JUDGE

*Criminal Case Cover Sheet*            Revised 3/5/98

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes ☒ No

   Defendant Name: **JOSE ROBLEDO NAVA (1)**

   **5-09CR0004-C**

   Alias Name: a/k/a "Chino"

   Address: _____

   County in which offense was committed: Lubbock

   **RECEIVED**
   **JAN - 6 2009**
   **CLERK, U.S. DISTRICT COURT**
   **NORTHERN DISTRICT OF TEXAS**

2. **U.S. Attorney Information**

   Cody Skipper      Bar # 24041928

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   ☒ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. §846 | Conspiracy to Distribute and Possess with Intent to Distribute 5 kilograms or More of Cocaine | 1 |

Date: 1-6-2009      Signature of AUSA: *Cody Skipper*

*Criminal Case Cover Sheet*     Revised 3/5/98

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes ☒ No

   Defendant Name:    LUIS NAVA (2)

   Alias Name: a/k/a "Flaco"

   **5-09CR0004-C**

   Address: _____

   County in which offense was committed:    Lubbock

2. **U.S. Attorney Information**

   Cody Skipper     Bar # 24041928

   *RECEIVED JAN - 6 2009 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS*

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   ☒ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   | --- | --- | --- |
   | 21 U.S.C. §846 | Conspiracy to Distribute and Possess with Intent to Distribute 5 kilograms or More of Cocaine | 1 |

   Date: 1-6-2009     Signature of AUSA: *Cody Skipper*

*Criminal Case Cover Sheet*        Revised 3/5/98

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed: ☐ Yes ☒ No

   Defendant Name     REYNALDO NAVA, JR (3)

   Alias Name     a/k/a "Rat"

   Address _____

   5-09CR0004-C

   County in which offense was committed:    Lubbock

   RECEIVED JAN - 6 2009
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

   Cody Skipper     Bar # 24041928

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   ☒ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C. §846 | Conspiracy to Distribute and Possess with Intent to Distribute 5 kilograms or More of Cocaine | 1 |

   Date 1-6-2009     Signature of AUSA: *Cody Skipper*

*Criminal Case Cover Sheet*                                    Revised 3/5/98

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No
Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____
Search Warrant Case Number _____
R 20 from District of _____
Magistrate Case Number: _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No
   If Yes, Matter to be sealed: ☐ Yes ☒ No

   Defendant Name: **ROBERT ALLEN RAMIREZ (4)**
   Alias Name: a/k/a "Necio"
   Address: _____

   5-09CR0004-C

   **RECEIVED**
   JAN - 6 2009
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

   County in which offense was committed: **Lubbock**

2. **U.S. Attorney Information**

   Cody Skipper      Bar # 24041928

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   ☒ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. §846 | Conspiracy to Distribute and Possess with Intent to Distribute 5 kilograms or More of Cocaine | 1 |

Date 1-6-2009      Signature of AUSA: *Cody Skipper*

*Criminal Case Cover Sheet*                                                                 Revised 3/5/98

ORIGINAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed: ☐ Yes ☒ No

   Defendant Name: Marie Chavez (5)
   Alias Name: a/k/a "Shorty"
   Address: _____

   5-09CR0004-C

   RECEIVED JAN - 6 2009
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

   County in which offense was committed: Lubbock

2. **U.S. Attorney Information**

   Cody Skipper     Bar # 24041928

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   ☒ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1   ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. §846 | Conspiracy to Distribute and Possess with Intent to Distribute 5 kilograms or More of Cocaine | 1 |

Date 1-6-2009            Signature of AUSA: *Cody Skipper*

*Criminal Case Cover Sheet*                                                                                           Revised 3/5/98

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes ☒ No

   Defendant Name _____ CAROL ANN RIVAS (6) _____

   Alias Name _____ 5-09CR0004-C _____

   Address _____

   County in which offense was committed: _____ Lubbock _____

   RECEIVED JAN - 6 2009
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

   Cody Skipper _____   Bar # 24041928

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   ☒ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1   ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C. §846 | Conspiracy to Distribute and Possess with Intent to Distribute 5 kilograms or More of Cocaine | 1 |

   Date 1-6-2009          Signature of AUSA: /s/ Cody Skipper

*Criminal Case Cover Sheet*  ORIGINAL  Revised 3/5/98

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | Related Case Information |
|---|---|
| Superseding Indictment: ☐ Yes ☒ No | New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number: | |
| Search Warrant Case Number _____ | |
| R 20 from District of _____ | |
| Magistrate Case Number: | |

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No
   If Yes, Matter to be sealed:
   ☐ Yes ☒ No

   Defendant Name: __CECILY DOMINIQUE JUAREZ (7)__
   Alias Name: _____
   Address: _____

   5-09CR0004-C

   RECEIVED
   JAN - 6 2009
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

   County in which offense was committed: __Lubbock__

2. **U.S. Attorney Information**

   Cody Skipper    Bar # 24041928

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   ☒ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C. §846 | Conspiracy to Distribute and Possess with Intent to Distribute 5 kilograms or More of Cocaine | 1 |

   Date 1-6-2009    Signature of AUSA: Cody Skipper