IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| LUIS NAVA | ) CRIMINAL NO. 5:09-CR-004-C-02 |

## ORDER

The Court, having considered Defendant's Motion for Home Confinement,[1] received February 14, 2022, is of the opinion that the same should be **DENIED**.[2]

SO ORDERED.

Dated February 15, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Defendant's Motion explicitly states that he is "not seeking compassionate release, but [is rather] seeking relief for home confinement. . . ." And, in any event, the Court previously denied Defendant's request for compassionate release. *See* Doc. 1126.

[2] The Court does not possess the authority to order that a defendant be released to home confinement. *See United States v. Rakestraw*, 2020 WL 2119838, at *2 (N.D. Tex. Apr. 14, 2020) ("[t]he First Step Act does not provide the court [with] authority to modify a Defendant's place of incarceration.").